The Honorable Richard A. Jones
The Honorable Magistrate J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IAN SIMMERS,<br><br>  Plaintiff,<br><br>v.<br><br>KING COUNTY; the CITY OF BOTHELL; DET. EDWARD J. HOPKINS; Sergeant. CLEMENT RUSK; DET. REBECCA MINER; DET. JOHN MCSWAIN; DET. PAT RAFTUS; DET. KEN BAXTER; CHIEF MARK ERICKS; DET. SGT. DAVID SCHLAEGEL; and MAJ. JACKSON BEARD; Unknown Officers of the City of Bothell Police Department; and Unknown Sheriff Deputies of King County,<br><br>  Defendants. | No. 2:21−cv−00100−RAJ−JRC<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS CITY OF BOTHELL, EDWARD HOPKINS, REBECCA MINER, MARK ERICKS, AND DAVID SCHLAEGEL<br><br>Noted: April 16, 2021 |

This matter came before the Court on a Motion to Dismiss brought by Defendants City of Bothell, Edward Hopkins, Mark Ericks, Rebecca (Miner) Donley and David Schlaegel (collectively "the City Defendants"), pursuant to Fed. R. Civ. P. 12(c). The Court considered the City Defendants' Motion and argument and the following pleadings:

1. City Defendants' Motion to Dismiss and Evidence Relied Upon;

2. Plaintiff's Opposition to City Defendants' Motion to Dismiss;

3. Defendants' Reply to Plaintiff's Opposition to City Defendants' Motion to

[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS CITY OF BOTHELL, EDWARD HOPKINS, REBECCA MINER, MARK ERICKS, AND DAVID SCHLAEGEL - 1
2:21-CV-00100-JRC

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dismiss;

4. _____

5. _____

6. _____

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss of Defendants City of Bothell, Edward Hopkins, Mark Ericks, Rebecca (Miner) Donley and David Schlaegel is **GRANTED** and that all claims against the City Defendants are dismissed with prejudice, for the following reasons:

1. Plaintiff is collaterally estopped from making claims based on his confession or testimony of a jailhouse informant, as those issues were raised and ruled on by Washington State courts.

2. Plaintiff is judicially estopped from making claims based on his confession where he made contradictory representations to a Washington State court when moving to vacate his conviction.

3. Plaintiff is barred from making claims based on his confession pursuant to *Heck v. Humphrey*, because his confession provided a factual basis for existing convictions that have not been vacated.

4. Plaintiff is barred by the statute of limitations from bringing state law claims.

5. Plaintiff is barred by the statute of limitations from bringing Fourth Amendment claims based on his arrest and detention that took place prior to criminal charges being brought against him.

6. Plaintiff lacks standing to raise claims based on the interrogation of Jonathan Wyatt.

7. Because Plaintiff is barred from making claims dismissed above, the same claims cannot be used as a basis for *Monell* claims against City Defendants.

8. Even if not barred as above, Plaintiff's Complaint fails to sufficiently state a

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS OF DEFENDANTS CITY OF BOTHELL,
EDWARD HOPKINS, REBECCA MINER, MARK
ERICKS, AND DAVID SCHLAEGEL - 2
2:21-CV-00100-JRC

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

claim against City Defendants pursuant to *Monell* under either a ratification or custom and policy theory.

DATED THIS ____ DAY OF _____, 2021.

                                                                               _____
                                                                               The Honorable Richard A. Jones
                                                                               UNITED STATES DISTRICT JUDGE

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.


By: */s/ Paul J. Triesch*
       Paul J. Triesch, WSBA #17445
       Shannon M. Ragonesi, WSBA #31951
Attorneys for Defendants City of Bothell,
Hopkins, Miner, Ericks and Schlaegel

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS OF DEFENDANTS CITY OF BOTHELL,
EDWARD HOPKINS, REBECCA MINER, MARK
ERICKS, AND DAVID SCHLAEGEL - 3
2:21-CV-00100-JRC

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423