Honorable Richard A. Jones
Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IAN SIMMERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　Defendants. | No. 2:21-cv-00100-RAJ-JRC<br><br>DECLARATION OF SALLY RUSK<br><br>Noted on Motion Calendar:<br>April 2, 2021 |

I declare under penalty of perjury that I am over the age of 18 and competent to testify, and that the following is true and based on my personal knowledge:

1. I am the daughter of Detective Sergeant Clement Rusk, one of the King County Sheriff's Deputies named in Mr. Simmers' lawsuit.

2. My father died on February 5, 2007. To the best of my knowledge, my mother, Julia Lee Rusk, was the sole heir of my father's estate. My mother then died in 2014.

Signed  Mar 27, 2021  , at Seattle, Washington.

*Sally Rusk*
Sally Rusk (Mar 27, 2021 17:14 PDT)
Sally Rusk

DECL. OF SALLY RUSK
(No. 2:21-cv-00100-RAJ-JRC) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**
David B. Owens
John Hazinski

**Attorney for King County**
Samantha D. Kanner

**Attorneys for Bothell Defendants**
Shannon M. Ragonesi
Paul J. Triesch

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

N/A

DATED: March 29, 2021

*s/Geoff Grindeland*
Geoff Grindeland

DECL. OF SALLY RUSK
(No. 2:21-cv-00100-RAJ-JRC) - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510