The Honorable J. Richard Creatura
The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IAN SIMMERS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY; the CITY OF BOTHELL; DET. EDWARD J. HOPKINS; Sergeant. CLEMENT RUSK; DET. REBECCA MINER; DET. JOHN MCSWAIN; DET. PAT RAFTUS; DET. KEN BAXTER; CHIEF MARK ERICKS; DET. SGT. DAVID SCHLAEGEL; and MAJ. JACKSON BEARD; Unknown Officers of the City of Bothell Police Department; and Unknown Sheriff Deputies of King County,<br><br>　　　　　　　　Defendants. | No. 2:21-CV-100-JRC-RAJ<br><br>PRAECIPE RE: DEFENDANTS' MOTION TO DISMISS |

Defendants City of Bothell, Edward Hopkins, Rebecca (Miner) Donley, Mark Ericks and David Schlaegel (the "City Defendants") filed a Motion to Dismiss on March 25, 2021 (Dkt no. 31). City Defendants inadvertently did not redact Plaintiff's birth month on page 21. Please replace page 21 of City Defendants Motion to Dismiss with the attached page 21.

///

///

PRAECIPE RE: DEFENDANTS' MOTION TO DISMISS - 1
2:21-CV-100-JRC-RAJ

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED: March 30, 2021

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Paul J. Triesch*
Paul J. Triesch, WSBA #17445
Attorney for Defendants Hopkins, Miner, Ericks, Schlaegel, City of Bothell

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: ptriesch@kbmlawyers.com

PRAECIPE RE: DEFENDANTS' MOTION TO DISMISS - 2
2:21-CV-100-JRC-RAJ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX:   (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
David B. Owens, WSBA #53856
LOEVY & LOEVY
100 S. King Street, Suite 100
Seattle, WA  98104
Email:  david@loevy.com

**Attorneys for Plaintiff**
John Hazinski, ILB#6329791
LOEVY & LOEVY
311 N. Aberdeen Street
Chicago, IL  60607
Email:  hazinski@loevy.com

**Attorneys for Defendant King County**
Samantha D. Kanner, WSBA #36943
DANIEL T. SATTERBERG, KING COUNTY PROSECUTING ATTORNEY
500 4th Avenue, 9th Floor
Seattle, WA  98104
Email:  samantha.kanner@kingcounty.gov

**Attorneys for Defendants McSwain, Raftus, Baxter**
Geoffrey Grindeland, WSBA #35798
Nikki Carsley, WSBA #46650
SEAMARK LAW GROUP, PLLC
400 Winslow Way E, Suite 230
Bainbridge Island, WA  98110
Email:  geoff@seamarklaw.com; nikki@seamarklaw.com

DATED:  March 30, 2021

/s/ Paul J. Triesch
Paul J. Triesch, WSBA #17445
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861 / Fax: (206) 223-9423
Email: ptriesch@kbmlawyers.com

PRAECIPE RE: DEFENDANTS' MOTION TO DISMISS - 3
2:21-CV-100-JRC-RAJ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423