UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IAN SIMMERS,

          Plaintiff,

   v.

KING COUNTY, *et al.*,

          Defendants.

CASE NO. 2:21-cv-00100-RAJ-JRC

ORDER GRANTING MOTION TO FILE CONSOLIDATED RESPONSIVE BRIEF

    This matter is before the Court on referral from the District Court and on plaintiff's motion to file one, overlength brief in response to defendants' three pending motions to dismiss or for judgment on the pleadings. *See* Dkt. 39. Pursuant to Local Civil Rule 7(f) and finding good cause thereof, the Court grants plaintiff's motion. Plaintiff may file an omnibus brief in joint response to defendants' motions, not to exceed 72 pages in length.

    Dated this 13th day of April, 2021.

J. Richard Creatura
Chief United States Magistrate Judge