Honorable Richard A. Jones<br>Honorable J. Richard Creatura

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IAN SIMMERS,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>    Defendants. | No. 2:21-cv-00100-RAJ-JRC<br><br>DEPUTIES' RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION<br><br>Noted on Motion Calendar:<br>August 13, 2021 |

The individual Deputies (retired Major McSwain and retired Captains Baxter and Raftis) join the responses submitted by King County (Dkt. 61) and the City of Bothell (Dkt. 62).

DATED: August 12, 2021

SEAMARK LAW GROUP PLLC
Attorneys for Major McSwain and Captains Baxter and Raftis

*s/Geoff Grindeland*
Geoff Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650
Seamark Law Group PLLC
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510
geoff@seamarklaw.com
nikki@seamarklaw.com

DEPUTIES' RESPONSE TO PL.'S OBJECTION
TO REPORT AND RECOMMENDATION
(No. 2:21-cv-00100-RAJ-JRC) - 1

**SEAMARK LAW GROUP PLLC**
400 W<small>INSLOW</small> W<small>AY</small> E, S<small>TE</small> 230
B<small>AINBRIDGE</small> I<small>SLAND</small>, WA 98110
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**
David B. Owens
John Hazinski

**Attorney for King County**
Samantha D. Kanner

**Attorneys for Bothell Defendants**
Shannon M. Ragonesi
Paul J. Triesch

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

N/A

DATED: August 12, 2021

*s/Geoff Grindeland*
Geoff Grindeland

DEPUTIES' RESPONSE TO PL.'S OBJECTION
TO REPORT AND RECOMMENDATION
(No. 2:21-cv-00100-RAJ-JRC) - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510