UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IAN SIMMERS,

           Plaintiff,

   v.

KING COUNTY, *et al.*,

           Defendants.

CASE NO. 2:21-cv-00100-RAJ-JRC

ORDER AMENDING SCHEDULING ORDER

This matter is before the Court on referral from the District Court (Dkt. 26) and on the parties' joint motion for an extension of time. Dkt. 69.

The Court finds good cause to amend the scheduling order in this matter (Dkt. 46) as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiff's expert disclosures | November 1, 2021 | March 1, 2022 |
| Defendants' expert disclosures | December 1, 2021 | April 1, 2022 |
| Rebuttal expert disclosures | December 15, 2021 | April 15, 2022 |

| Discovery completed by | January 27, 2022 | May 27, 2022 |
|---|---|---|
| Dispositive motions filed by | February 24, 2022 | June 24, 2022 |

Except as amended herein, the parties shall comply with the scheduling order that the Court previously entered in this matter. Dkt. 46.

Dated this 25th day of October, 2021.

_J. Richard Creatura_
J. Richard Creatura
Chief United States Magistrate Judge