UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IAN SIMMERS,

               Plaintiff,

    v.

KING COUNTY, *et al.*,

              Defendants.

CASE NO. 2:21-cv-00100-TL-JRC

ORDER RENOTING MOTION TO COMPEL AND AMENDING SCHEDULING ORDER

This matter is before the Court on referral from the District Court and on a stipulated motion filed by the parties who have appeared in this matter. *See* Dkt. 80.

First, plaintiff seeks additional time to respond to a pending motion to compel, since he is relying on assistance from a legal clinic. *See* Dkt. 80, at 1. The Court finds good cause and grants his request.

Second, the parties also request that deadlines in the Court's scheduling order be extended by approximately 60 days. They make this request so that defense experts may review "information and records that are the subject of the motion to compel" and to accommodate

plaintiff's counsel's schedule.  *See* Dkt. 80, at 2.  The Court also finds good cause to grant this request.

Therefore, the motion to compel (Dkt. 77) shall be renoted for consideration on April 15, 2022, and the scheduling order in this matter is amended as follows:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff's expert disclosures | March 1, 2022 | May 2, 2022 |
| Defendants' expert disclosures | April 1, 2022 | June 1, 2022 |
| Rebuttal expert disclosures | April 15, 2022 | June 15, 2022 |
| Discovery completed by | May 27, 2022 | July 27, 2022 |
| Dispositive motions filed by | June 24, 2022 | August 26, 2022 |

Except as amended herein and previously, the parties shall comply with the Court's scheduling order.  *See* Dkts. 46, 70.

Dated this 29th day of March, 2022.

J. Richard Creatura
Chief United States Magistrate Judge