UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IAN SIMMERS,

                Plaintiff,

    v.

KING COUNTY, *et al.*,

                Defendants.

CASE NO. 2:21-cv-00100-TL-JRC

ORDER AMENDING
SCHEDULING ORDER

This matter is before the Court on the parties' stipulated motion to amend the scheduling order (Dkt. 46) as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | May 2, 2022 | August 30, 2022 |
| Defendants' Expert Disclosures | June 1, 2022 | September 29, 2022 |
| Rebuttal Expert Disclosures | June 15, 2022 | October 13, 2022 |
| Discovery Completed By | July 27, 2022 | November 23, 2022 |
| Dispositive Motions Filed By | August 26, 2022 | December 23, 2022 |

1    The Court finds good cause and grants the motion.  Except as amended herein or

2  otherwise, the parties shall comply with the Court's pretrial scheduling order.  Dkt. 46.

3    Dated this 3rd day of May, 2022.

4

5    J. Richard Creatura
     Chief United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER AMENDING SCHEDULING ORDER - 2