UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IAN SIMMERS,

                Plaintiff,

    v.

KING COUNTY, *et al.*,

                Defendants.

CASE NO. 2:21-cv-00100-BJR-JRC

ORDER AMENDING
SCHEDULING ORDER

This matter is before the Court on the parties' joint motion for relief from deadlines. *See* Dkt. 50. Due to unforeseen circumstances, the parties request that the Court extend the pretrial deadlines as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Defendants' Expert Disclosures | September 29, 2022 | November 29, 2022 |
| Rebuttal Expert Disclosures | October 13, 2022 | December 13, 2022 |
| Discovery Completed By | November 23, 2022 | January 23, 2023 |
| Dispositive Motions Filed By | December 23, 2022 | February 23, 2023 |

1    The Court finds good cause and grants the motion. Except as amended by the Court, the

2    parties shall comply with the Court's pretrial scheduling order. *See* Dkt. 46.

3        Dated this 22nd day of September, 2022.

4

5                                         J. Richard Creatura
                                          Chief United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER AMENDING SCHEDULING ORDER - 2