1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  IAN SIMMERS,

11       Plaintiff,

12   v.

13  KING COUNTY, *et al.*,

14       Defendants.

CASE NO. 2:21-cv-00100-BJR-JRC

ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DEADLINES

15
16   This matter is before the Court on referral from the district court and on the parties' joint
17  motion to continue certain pretrial deadlines. *See* Dkt. 99. Due to unforeseen circumstances, the
18  parties request that the Court extend the pretrial deadlines as follows:

19
| Event | Prior Deadline | Amended Deadline |
| --- | --- | --- |
| Discovery Completed By | January 23, 2023 | March 9, 2023 |
| Dispositive Motions Filed By | February 23, 2023 | April 8, 2023 |

20
21
22
23
24

ORDER GRANTING JOINT MOTION TO CONTINUE
PRETRIAL DEADLINES - 1

1    The Court finds good cause for the request and grants the motion. Dkt. 98. All other
2 deadlines remain the same. *See* Dkts. 46, 96. The Court also directs the Clerk to strike the
3 previous unsigned motion. *See* Dkt. 98.

4    Dated this 17th day of January, 2023.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge