Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IAN SIMMERS,

        Plaintiff,

v.

KING COUNTY, *et al.*,

        Defendants.

No. 2:21-cv-00100-BJR

ORDER ON PLAINTIFF'S MOTION TO CONTINUE DEADLINES

Currently before the Court is Plaintiff's motion to extend the discovery and dispositive motions deadlines in this case. Dkt. No. 108. Having reviewed the motion, the response thereto, the record of the case, and the relevant legal authorities, the Court HEREBY GRANTS the motion. Plaintiff may take the Rule 30(b)(6) depositions of King County and the City of Bothell within 45 days after the Court rules on King County's Motion for Protective Order (dkt. no. 101), Plaintiff may take the deposition of Dr. Welner within 45 days after the Court rules on Plaintiff's Motion to Compel (dkt. no. 105), all other discovery must be completed within 30 days of the foregoing depositions, whichever one is the latest, and any dispositive motions shall be filed within 30 days of the final discovery deadline.

     The Court expects that this will be the last request for an extension to the discovery and dispositive motions deadlines.

     Dated this 10th day of March 2023

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge