Hon. Barbara J. Rothstein, District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ian Simmers,<br><br>    Plaintiff,<br><br>v.<br><br>King County, et al.,<br><br>    Defendants. | Case No. 2:21 CV 100<br><br>**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY** |

This matter is before the Court on Plaintiff's Unopposed Motion to Substitute Party (Dkt. 121), and the Court, being fully advised, finds as follows:

1. Donna Berube, Administrator for the Estate of Ian Monroe Simmers, is hereby substituted as Plaintiff for Ian Simmers;

2. Plaintiff is granted leave to file an Amended Complaint reflecting the party substitution.

Dated this 27th day of September 2023

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ON PLAINTIFF'S MOTION TO
SUBSTITUTE PARTY
2:21 CV 100

LOEVY & LOEVY
Seattle, WA
(312) 243-5900