IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The Estate of Ian Simmers, By Adminnistrator Donna Berube,<br><br>                Plaintiff,<br><br>     v.<br><br>King County, et al.,<br><br>              Defendants. | No. 2:21-cv-100<br><br>**ORDER EXTENDING DISPOSITIVE MOTION DEADLINE AND BRIEFING SCHEDULE** |

      THE COURT, having reviewed Plaintiff's unopposed motion to extend certain deadlines in this matter, and being fully informed, HEREBY ORDERS that all expert-related and dispositive motions shall be filed on or before February 12, 2024, oppositions shall be filed no later than March 11, 2024, and replies shall be filed no later than March 25, 2024

      DATED this 25th day of January 2024.

                                                                                         */s/ Barbara J. Rothstein*
                                                                                      Barbara Jacobs Rothstein
                                                                                      U.S. District Court Judge