Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF IAN SIMMERS, by and through administrator, Donna Berube,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>Defendants. | No. 2:21-cv-00100-BJR<br><br>DECLARATION OF GEOFF GRINDELAND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I declare under penalty of perjury that I am over the age of 18 and competent to testify, and that the following is true and correct:

1. I am one of the attorneys representing King County, Major McSwain, and Captains Baxter and Raftis in this matter.

2. Attached as **Exhibit A** are excerpts from the verbatim report of proceedings on March 14 and March 15, 1996, during Ian Simmers' criminal trial.

3. Attached as **Exhibit B** are excerpts from the transcript of the deposition of Ian Simmers on July 6 and July 28, 2022, including Exhibits 1 and 3 thereto.

4. Attached as **Exhibit C** are excerpts from the verbatim report of proceedings on March 20 and March 21, 1996, during Ian Simmers' criminal trial.

DECL. OF GEOFF GRINDELAND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
(No. 2:21-cv-00100-BJR) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

5. Attached as **Exhibit D** is a transcript of Ian Simmers' tape-recorded confession on March 15, 1995. (The audio recording is being submitted via the Declaration of Nikki Carsley in Support of Motion for Summary Judgment.)

6. Attached as **Exhibit E** is Ian Simmers' Complaint (without attachments) from his action under the Wrongly Convicted Persons Act, filed in King County Superior Court on February 25, 2022, under cause number 22-2-02832-7 SEA. After Mr. Simmers' death, the Personal Representative of his Estate was substituted as Plaintiff in the action.

7. Attached as **Exhibit F** is an explanation-and-waiver-of-rights form that Ian Simmers signed on February 15, 1995.

8. Attached as **Exhibit G** are excerpts from the transcript of the deposition of Donna Berube on January 10, 2024.

9. Attached as **Exhibit H** are excerpts from the verbatim report of proceedings on March 19, 1996, during Ian Simmers' criminal trial.

10. Attached as **Exhibit I** is the report by Plaintiff's DNA expert, Dr. Karl Reich.

11. Attached as **Exhibit J** is Plaintiff's Rule 26(a)(2) Expert Disclosure.

12. Attached as **Exhibit K** is the report by Plaintiff's disputed-confession expert, Dr. Hayley Cleary.

13. Attached as **Exhibit L** are excerpts from the transcript of the deposition of Dr. Hayley Cleary on January 18, 2023.

14. Attached as **Exhibit M** is the report by Plaintiff's police expert, Chief Craig Miller.

15. Attached as **Exhibit N** are excerpts from the transcript of the deposition of Chief Craig Miller on January 19, 2023.

Signed February 12, 2024, at Bainbridge Island, Washington

*s/Geoff Grindeland*  
Geoff Grindeland

DECL. OF GEOFF GRINDELAND IN SUPPORT  
OF MOTION FOR SUMMARY JUDGMENT  
(No. 2:21-cv-00100-BJR) - 3

SEAMARK LAW GROUP PLLC  
400 WINSLOW WAY E, STE 230  
BAINBRIDGE ISLAND, WA 98110  
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Plaintiff**
David Owens

**Attorneys for Bothell Defendants**
Shannon Ragonesi
Paul Triesch

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

N/A

DATED: February 12, 2024

*s/Geoff Grindeland*
Geoff Grindeland

DECL. OF GEOFF GRINDELAND IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT
(No. 2:21-cv-00100-BJR) - 4

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510