```
 1       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
 2                    IN AND FOR KING COUNTY
 3    _____
 4   STATE OF WASHINGTON,        )
                                 )
 5              PLAINTIFF,       )   KING COUNTY CAUSE
                                 )   NO. 95-1-02102-2
 6         VS.                   )
                                 )   COURT OF APPEALS
 7   IAN MONROE SIMMERS,         )   38620-4-I
                                 )
 8              DEFENDANT.       )
                                 )
 9   _____
10
11
                   VERBATIM REPORT OF PROCEEDINGS
12                     MARCH 14 & 15, 1996
13

14   ----------------------------------------------------
         BEFORE THE HONORABLE ANN SCHINDLER AND A JURY
15

16

17   APPEARANCES:

18   FOR THE PLAINTIFF:      SUSAN L. MAHONEY AND
                             JAMES MARNER,
19                           DEPUTY PROSECUTING ATTORNEYS
                             KING COUNTY COURTHOUSE
20                           SEATTLE, WASHINGTON 98104

21   FOR THE DEFENDANT:      JOHN TAYLOR HICKS, ESQ.

22

23
     JANE LAMERLE, C.S.R.
24
25
```

**Exhibit A**

```
 1                W I T N E S S     I N D E X
 2                                    DE      CE      RD      RC
 3  OFF. JOHN E. VALENTINO, JR.        49      55
 4  DIANA C. PATTERSON                 56      61
 5  DET. EDWARD HOPKINS                73
 6  JEFFREY CRAIG DAVIS                94      99
 7  DET. EDWARD HOPKINS               101     146
 8
 9  STATE'S OPENING STATEMENT:         37
```

```
 1                    AFTERNOON SESSION
 2                                      MARCH 14, 1996
 3                      (THE FOLLOWING PROCEEDINGS WERE
                        HELD OUTSIDE THE PRESENCE OF
 4                      THE JURY.)
 5
 6        THE COURT:  I TALKED TO COUNSEL AT SIDE-BAR
 7   ABOUT NOTE-TAKING.  MS. SODERLAND DOES HAVE
 8   NOTEBOOKS, AND SO WE CAN MAKE THAT DECISION NOW.
 9        THE STATE'S POSITION IS THAT A JUROR HAS
10   ASKED ABOUT NOTE-TAKING, AND THEY WOULD LIKE TO
11   HAVE THE JURY TAKE NOTES.
12        AND MR. HICKS HAS EXPRESSED SOME CONCERNS
13   ABOUT IT.  FOR PURPOSES OF THE RECORD, MR. HICKS,
14   WHY DON'T YOU EXPRESS WHAT THOSE CONCERNS ARE.
15        MR. HICKS:  BESIDES THE FACT IN THIS CASE
16   THE STATE'S CASE-IN-CHIEF AND THE DEFENSE WILL BE
17   RELATIVELY COMPARTMENTALIZED, AND SHORTER THAN A
18   LOT OF HOMICIDES, AND THE FACT THAT MORE THAN OTHER
19   CASES, THE DEMEANOR OF WITNESSES IS REALLY GOING TO
20   COME INTO PLAY AND BE IMPORTANT TO THE DEFENSE, I
21   THINK NOTES IN THIS CASE WOULD BE AN UNNECESSARY
22   DISTRACTION.
23        CLOSING ARGUMENT WILL CERTAINLY REEMPHASIZE
24   EVERY MAJOR POINT THAT NEEDS TO BE MADE FOR THE
25   PURPOSES OF THE JURORS FOLLOWING THE CASE, AND
```

1  EDWARD J. HOPKINS,        HAVING BEEN DULY SWORN,
2                            WAS EXAMINED AND TESTIFIED
                             AS FOLLOWS:
3              DIRECT EXAMINATION
4        BY MR. MARNER:
5   Q.   GOOD AFTERNOON.
6   A.   GOOD AFTERNOON, SIR.
7   Q.   CAN YOU STATE YOUR FULL NAME AND SPELL YOUR LAST
8        NAME FOR THE RECORD.
9   A.   EDWARD JOHN HOPKINS, H-O-P-K-I-N-S.
10  Q.   WHAT DO YOU DO FOR A LIVING?
11  A.   DETECTIVE FOR THE CITY OF BOTHELL.
12  Q.   HOW LONG HAVE YOU BEEN WITH THE CITY OF BOTHELL
13       POLICE DEPARTMENT?
14  A.   JUST OVER 8 YEARS.
15  Q.   HOW LONG IN A DETECTIVE CAPACITY?
16  A.   JUST OVER A YEAR AND A HALF.
17  Q.   DETECTIVE HOPKINS, WHAT IS YOUR TRAINING AS A
18       POLICE OFFICER?
19  A.   MY INITIAL TRAINING WAS FOUR MONTHS, OR EXCUSE ME,
20       THREE MONTHS BASIC ACADEMY IN SEATTLE AND THREE
21       MONTHS OF FIELD TRAINING.  AND SUBSEQUENT TO THAT,
22       MONTHLY IN-SERVICE TRAINING, AS WELL AS ADDITIONAL
23       CLASSES IN VARIOUS TECHNIQUES AND PROCEDURES USED
24       IN LAW ENFORCEMENT.
25  Q.   BRIEFLY SUMMARIZE THIS ADDITIONAL TRAINING FOR THE

```
 1        JURY?
 2   A.   I HAD INTERVIEW TRAINING BASED ON THE REED METHOD
 3        OF INTERVIEW AND INTERROGATION, BOTH AT THE PRIMARY
 4        AND ADVANCED LEVEL.  AND I HAVE HAD "THE USE OF
 5        CRIMINAL INFORMANTS" TRAINING, AND I HAVE HAD
 6        TRAINING FROM THE DEPARTMENT OF JUSTICE DRUG
 7        ENFORCEMENT ADMINISTRATION, UNDERCOVER TECHNIQUES
 8        AND GENERAL INVESTIGATION, HOMICIDE INVESTIGATION
 9        AND ADVANCED HOMICIDE INVESTIGATION.
10   Q.   DETECTIVE, IN YOUR YEARS AS A PATROL OFFICER, WHAT
11        STEPS, IF ANY, DID YOU TAKE TO HONE YOUR DETECTIVE
12        SKILLS?
13   A.   WHILE A POLICE OFFICER IN UNIFORM, I SPENT A GREAT
14        DEAL OF MY OWN TIME WORKING NARCOTICS
15        INVESTIGATIONS, BOTH IN RECEIVING TRAINING AND
16        ACTUALLY WORKING WITH DRUG TASK FORCES IN THE AREA.
17        AND THIS PROVIDED THE OPPORTUNITY TO WORK IN AN
18        INVESTIGATORY CAPACITY, CONDUCTING FOLLOW-UPS, ET
19        CETERA.
20   Q.   DETECTIVE HOPKINS, ARE YOU THE PRIMARY DETECTIVE ON
21        THE MURDER CASE OF RODNEY WAYNE GOCHANOUR?
22   A.   YES, I AM.
23   Q.   AND DO YOU HAVE YOUR NOTES IN FRONT OF YOU?
24   A.   YES, I DO.
25   Q.   DETECTIVE HOPKINS, AT ANY TIME DURING THIS PRO-
```

1    CEEDING, IF YOU NEED TO REFRESH YOUR RECOLLECTION,
2    WILL YOU REFER TO THOSE NOTES?
3  A. YES, I WILL.  THANK YOU.
4  Q. NOW, THEN, DETECTIVE HOPKINS, WHAT WAS YOUR FIRST
5    INVOLVEMENT IN THE CASE SURROUNDING THE DEATH OF
6    RODNEY GOCHANOUR?
7  A. IT WAS ON SATURDAY, MARCH 11 OF 1995, ABOUT 4:00 IN
8    THE AFTERNOON, I WAS PAGED AND SUMMONED BY MY
9    SERGEANT TO RESPOND TO THE STATION AS A BODY HAD
10    BEEN DISCOVERED ON THE BURKE-GILLMAN TRAIL IN
11    BOTHELL.
12  Q. WHAT TIME DO YOU THINK YOU ARRIVED AT THE STATION?
13  A. I BELIEVE THAT I ARRIVED THERE WITHIN 20 MINUTES TO
14    HALF AN HOUR.
15  Q. AND WHAT DID YOU DO WHEN YOU ARRIVED AT THE
16    STATION, DETECTIVE?
17  A. THERE WAS A BRIEFING.  WE CONDUCTED A BRIEFING AT
18    THE -- WE CONDUCT A BRIEFING AT THE BEGINNING OF
19    ALL OUR DETECTIVE CALL-OUTS TO DETERMINE WHAT ROLES
20    THE DETECTIVES WILL PLAY.
21  Q. AND IT WAS AT THAT POINT YOU WERE CHOSEN AS THE
22    PRIMARY?
23  A. YES, THAT'S CORRECT.
24  Q. DETECTIVE, I WILL SHOW YOU WHAT HAS BEEN MARKED AS
25    STATE'S EXHIBIT NO. 1.  WE WILL JUST KEEP IT HERE