Hon. Barbara J. Rothstein, District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

The Estate of Ian Simmers, By Administrator Donna Berube,

   Plaintiff,

v.

King County, et al.,

   Defendants.

No. 2:21-cv-100

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND REQUEST TO FILE OMNIBUS OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**

  THE COURT, having reviewed Plaintiff's Motion for Extension of Time to File Response to Defendants' Motions for Summary Judgment, as well as Plaintiff's Motion for Leave to File Omnibus Response to Defendants' Motion for Summary Judgment, and being familiar with the pleadings in this matter,

  HEREBY ORDERS that Plaintiff's Motions are GRANTED. Plaintiff's response to Defendants' Motions for Summary Judgment is due April 15, 2024. Defendants' replies thereto are due April 29, 2024

//

//

//

1

1   DATED this 5th day of March, 2024.

2

3   Barbara Jacobs Rothstein
    U.S. District Court Judge