# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ESTATE OF IAN SIMMERS, by and through administrator, Donna Berube,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:21-cv-100-BJR |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Summary judgment is granted on all claims in favor of Defendants.

　　Dated 31st day of May 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Serge Bodnarchuk
　　　　　　　　　　　　　　　　　　　　Deputy Clerk