Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF IAN SIMMERS, by and through administrator, Donna Berube,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>Defendants. | No. 2:21-cv-00100-JNW<br><br>ORDER ON JOINT MOTION FOR SETTING PRETRIAL DEADLINES AND TRIAL DATE |

Having reviewed the parties' joint motion for setting pretrial deadlines and trial date, the Court hereby sets the following trial and related dates:

| Event | Date |
|---|---|
| Jury trial begins | August 30, 2027 |
| Length of trial | 5–10 days |
| Motions *in limine*, for bifurcation, and to exclude experts or limit their testimony | February 1, 2027 |
| Responses to motions *in limine*, for bifurcation, and to exclude experts or limit their testimony | February 16, 2027 |
| Replies in support of motions for bifurcation and to exclude experts or limit their testimony | February 22, 2027 |



**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

| Event | Date |
|---|---|
| Deposition designations must be submitted by | August 9, 2027 |
| Agreed pretrial order | August 9, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | August 16, 2027 |
| Pretrial conference | August 23, 2027 |

DATED: October 27, 2026.

Honorable Jamal N. Whitehead
United States District Judge

Presented by:

SEAMARK LAW GROUP PLLC
Attorneys for Major McSwain

*s/Nikki Carsley*
Geoff Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650
Seamark Law Group PLLC
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510
geoff@seamarklaw.com
nikki@seamarklaw.com

LOEVY & LOEVY
Attorney for Plaintiff

*s/David Owens* (per authorization)
David Owens, WSBA No. 53856
Loevy & Loevy
c/o U.W. School of Law
P.O. Box 85110
Seattle, WA 98145
(312) 243-5900
david@loevy.com